DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MILTON JAVIER MEDINA-OSSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00141 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| v. | ) | ORDER |
| | ) | |
| MILTON JAVIER MEDINA-OSSA, | ) | Date:  August 22, 2011 |
| | ) | Time:  9:00 a.m. |
| Defendant | ) | Honorable Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for July 18, 2011, **may be continued to August 22, 2011 at 9:00 a.m.**

This continuance is requested to allow defense counsel additional time for defense preparation and to allow the parties additional time for plea negotiation prior to hearing.  Assistant United States Attorney Ian Garriques does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

                                  Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

DATED: July 14, 2011                  /s/ Ian Garriques
                                  IAN GARRIQUES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: July 14, 2011                  /s/  Marc Days
                                  MARC DAYS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MILTON JAVIER MEDINA-OSSA

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   July 14, 2011

                                  CHIEF UNITED STATES DISTRICT JUDGE