FILED
OCT 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No CR-11-141-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| MILTON JAVIER MEDINA OSSA ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on October 3, 2011 to 4 months (Time Served).

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.

. A certified Judgment and Commitment order to follow.


DATED: _10-9-11_

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1